# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of<br>MITCH KESSLER and TONY MATTHEWS,<br>      Plaintiffs,<br>v.<br>CITY OF CHICAGO et al.,<br>      Defendants. | Case Number: 08 C 2489 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Mitch Kessler and Tony Matthews, Plaintiffs.

| |
|---|
| NAME (Type or print)<br>Jon Loevy |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>      s/ Jon Loevy |
| FIRM<br>Loevy & Loevy |
| STREET ADDRESS<br>312 N May St., Ste 100 |
| CITY/STATE/ZIP<br>Chicago, IL 60607 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6218254 | TELEPHONE NUMBER<br>312-243-5900 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐