IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MITCHELL KESSLER and TONY MATTHEWS, ) | |
| ) | No. 08 C 2489 |
| Plaintiffs, ) | |
| ) | Judge Darrah |
| v. ) | |
| ) | Magistrate Judge Brown |
| CITY OF CHICAGO and UNKNOWN CHICAGO ) | |
| POLICE OFFICERS, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

TO:   Arthur R. Loevy, Jonathan I. Loevy, and Samantha Liskow
Loevy & Loevy
312 North May Street, Suite 100
Chicago, IL 60607

Please take notice that on June 27, 2008, I electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Defendant City of Chicago's Motion To File *Instanter* Its Answer,** a copy of which was thereby served upon you.

Please take further notice that I will appear before the Honorable Judge Darrah or such other Judge or Magistrate Judge sitting in his stead, on July 8, 2008 at 09:00 a.m., or as soon thereafter as counsel may be heard and then and there present the above-mentioned motion.

I certify that I caused to be served a true copy of this notice and **Defendant City of Chicago's Motion To File *Instanter* Its Answer** on plaintiff's attorneys of record, as identified above, through the United States District Court for the Northern District of Illinois, Eastern Division's electronic case filing system, on June 27, 2008.


City of Chicago Department of Law        */s/ Bhairav Radia*
30 N. LaSalle Street, Suite 1020         Bhairav Radia
Chicago, IL 60602                        Assistant Corporation Counsel
(312) 744-6919