# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 cv 2489 | **DATE** | July 1, 2008 |
| **CASE TITLE** | Kessler et al. v. City of Chicago et al. | | |

**DOCKET ENTRY TEXT:**

Defendant City of Chicago's Motion to File Instanter Its Answer [12,13] is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|