# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08cv2489 | **DATE** | August 1, 2008 |
| **CASE TITLE** | Kessler et al. v. City of Chicago et al. | | |

**DOCKET ENTRY TEXT:**

Plaintiffs' Unopposed Motion for Leave to File a First Amended Complaint [16] is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | nm |
|---|---|---|