```
            IN THE UNITED STATES DISTRICT COURT
         NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
```

MITCHELL KESSLER and TONY MATTHEWS,  )
                                    )
            Plaintiffs,              )
                                    )
       v.                            )
                                    ) 08 cv 2489
CITY OF CHICAGO, CHICAGO POLICE      ) Judge Darrah
OFFICER C.J. PILGRIM (STAR #14264),  ) Magistrate Judge Brown
CHICAGO POLICE OFFICER M. TAMLO      )
(STAR #14977), and UNKNOWN CHICAGO   )
POLICE OFFICERS,                     ) JURY TRIAL DEMANDED
                                    )
            Defendants.              )

## Notice of Filing

     I, Samantha Liskow, an attorney, certify that on August 4, 2008, I filed Plaintiffs' First Amended Complaint, which was sent to counsel on that day by CM/ECF.

                                    RESPECTFULLY SUBMITTED,

                                    S/ Samantha Liskow
                                    Attorneys for Plaintiffs

Arthur Loevy
Jon Loevy
Samantha Liskow
LOEVY & LOEVY
312 North May St
Suite 100
Chicago, IL 60607
(312) 243-5900