# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number:     08 C 2489 |

KESSLER, et al.  v. CITY OF CHICAGO, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

City of Chicago and Individual Chicago Police Officers Christopher Pilgrim and Mark Tamlo

NAME (Type or print)
Thomas J. Aumann

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
/s/ Thomas J. Aumann

FIRM
Office of the Corporation Counsel, City of Chicago

STREET ADDRESS
30 North LaSalle Street, Suite 1020

CITY/STATE/ZIP
Chicago, Illinois  60602

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06282455 | (312) 744-1566 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?          YES X          NO

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?          YES          NO X

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?          YES          NO X

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?     YES          NO

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL          APPOINTED COUNSEL